ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
DANIEL KRASIEV-DVORNIKOV, State Bar No. 352909
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3362
  Fax:  (415) 703-5843
  E-mail:  Daniel.KrasievDvornikov@doj.ca.gov
*Attorneys for Defendant*
*C. Bingham Atteberry*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMANI ENEA THOMPSON,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**CHRISTOPHER R. BINGHAM ATTEBERRY, et al.,**<br><br>                              Defendant. | Case No. 2:25-cv-03750-DJC-SCR<br><br>**STIPULATION AND ORDER FOR 28-DAY EXTENSION OF RESPONSIVE PLEADING AND OPPOSITION DEADLINES [L.R. 144(a)]**<br><br>Judge:          Hon. Sean C. Riordan<br>Trial Date:     Not Set<br>Action Filed:  December 30, 2025 |

On April 21, 2026, Defendant C. Bingham Atteberry was served the First Amended Complaint and summons in this case. Under Federal Rule of Civil Procedure 12(a)(1)(i), Defendant C. Bingham Atteberry's deadline to file a responsive pleading is May 12, 2026, which is 21 days after he was served. Counsel for Defendant and Plaintiff Amani Thompson met and conferred regarding an extension of Defendant's responsive-pleading deadline. The parties agree to extend Defendant's deadline to file a responsive pleading by 28 days, to June 9, 2026; this totals 49 days from the date of service. The parties further agree to correspondingly add twenty-eight (28) days to Plaintiff's deadline to file an opposition to Defendant's responsive pleading, if Defendant files a responsive pleading other than an answer to Plaintiff's complaint.

1

Local Rule 144(a) provides that when a filing date has not been set by court order, "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court." The above-mentioned parties have agreed to extend Defendant's responsive pleading deadline by 28 days. Defense counsel requires additional time, after recently being assigned to this case, to evaluate and investigate how Defendant should respond to Plaintiff Thompson's operative complaint. The above-mentioned parties have also agreed to extend Plaintiff's deadline to oppose Defendant's responsive pleading, if the responsive pleading is not an answer to Plaintiff's operative complaint, by 28 days. Due to pressing obligations in other cases, including being out of state for depositions in a different in-custody death case between 06/08/26 – 06/19/26, and then immediately being in numerous depositions and having hearings and conferences upon counsel's return, the modified responsive pleading due date means that Plaintiff's counsel will require additional time to evaluate and prepare an opposition to Defendant's responsive pleading, if a motion is filed. This is the first requested extension in this action. The requested extension should provide counsel with sufficient time to finish investigating, preparing, and briefing a responsive pleading and should have minimal delay on the litigation of this case.

Therefore, the parties stipulate as follows:

The deadline for Defendant C. Bingham Atteberry to file and serve a responsive pleading is extended by 28 days, up to and including June 9, 2026.

The deadline for Plaintiff Amani Thompson to file and serve an opposition to Defendant's responsive pleading, if the responsive pleading is not an answer to Plaintiff's operative complaint, is extended by 28 days. Put differently, the parties are stipulating ahead of time to modify the briefing schedule in Eastern District Civil Local Rule 230(c), effectively adding 28 days to the fourteen (14) days provided for in Local Rule 230(c), rendering the deadline for an opposition to any motion that may be filed forty-two (42) days after the filing of such motion.

**IT IS SO STIPULATED.**

2

Dated:  May 11, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General


*/s/ Daniel Krasiev-Dvornikov*
DANIEL KRASIEV-DVORNIKOV
Deputy Attorney General
*Attorneys for Defendant*
*C. Bingham Atteberry*


Dated:  May 11, 2026

Respectfully submitted,


*/s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT
Law Office of Sanjay S. Schimdt
-and-
Law Offices of Panos Lagos
*Attorneys for Plaintiff*


**IT IS SO ORDERED.**


Dated:  May 13, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3